■ In the Matter of MELISSA A. FERRUSI, Respondent, v SHARIFF K. JAMES, Appellant. (Appeal No. 2.) [988 NYS2d 515]— Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered May 24, 2013 in a proceeding pursuant to Family Court Act article 8. The order committed respondent to jail for two consecutive six month terms.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Ferrusi v James* ([appeal No. 1] 119 AD3d 1379 [July 3, 2014]). Present—Scudder, P.J., Smith, Peradotto, Sconiers and Whalen, JJ.